# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 1164

VERSUS

DEONTA MILLER

**JANUARY 29, 2025**

---

In Re:   Deonta Miller, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 17134141.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the district court's ruling on the "Motion to Correct an Illegal Sentence" or any other documentation that would support the claims set out in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT